IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 CR 403 |
| ) | |
| CHARLES ZOHFELD, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM ORDER

At this Court's request, each side--counsel for the government and for defendant Charles Zohfeld ("Zohfeld")--has submitted the name of a psychiatrist to conduct the evaluation needed to guide the future of this prosecution--Dr. Stafford Henry has been proposed by government counsel, while Dr. Bernard Rubin has been suggested by defense counsel. This Court should not be misunderstood as expressing any concern as to the qualifications of Dr. Henry, whose CV is impressive. Instead it opts to approve the appointment of Dr. Rubin because he has recently engaged in a similar evaluation in another criminal case assigned to this Court's calendar and has been highly impressive in doing so. Accordingly Zohfeld's counsel is ordered to fill out the appropriate forms to permit Dr. Rubin's appointment.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 24, 2007